Eugene GARZA, alias Red Garza, Appellant,
v. STATE of Texas, Appellee.

No. 25912.

Court of Criminal Appeals of Texas.

June 4, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was assessed a penalty of ten years in the penitentiary upon his conviction for robbery by assault.

The transcript contains appellant's motion to have the appeal dismissed. This affidavit is in proper form and the motion is granted. The appeal is dismissed.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The appeal is from a conviction for the offense of robbery. The appellant having twice theretofore been convicted of a felony less than capital, his punishment was assessed at confinement for life.

There is neither a statement of facts nor bill of exception in the record brought forward on appeal. All proceedings appear regular and nothing is presented for review by this court.

The judgment of the trial court is affirmed.